

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2022

No. 04-22-00429-CV

**TEXAS FIRST RENTALS, LLC**,
Appellant

v.

**MONTAGE DEVELOPMENT CO**., LLC and Derick Murway,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-08101
Honorable Tina Torres, Judge Presiding

# O R D E R

On July 14, 2022, Appellant Texas First Rentals, LLC filed its notice of appeal from the trial court's denial of its motion to refer this matter to arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.025(a).

The next day, Appellant filed an emergency motion to stay all trial court proceedings—including the currently scheduled August 3, 2022 hearing on Appellees' motion to transfer venue—until this court's final disposition of this interlocutory appeal. *See* TEX. R. APP. P. 29.3.

On July 20, 2022, Appellees filed a response. They do not oppose Appellant's motion.

Appellant's emergency motion is granted. We stay all trial court proceedings pending further order of this court or final disposition of this interlocutory appeal numbered 04-22-00429-CV. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.025(a); TEX. R. APP. P. 29.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2022.

MICHAEL A. CRUZ, Clerk of Court